UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lenell G. McKenzie, | Case No. 17-CV-00354 (DWF/BRT) |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| City of Minneapolis; and Officer Charles Cape and Officer David Robins, in their individual and official capacities, | |
| Defendants. | |

Plaintiff and Defendants, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against Defendants with prejudice and without costs to any party.

Dated: 2/28/2018

THE LAW OFFICE OF
ZORISLAV R. LEYDERMAN
By
s/ Zorislav R. Leyderman
ZORISLAV R. LEYDERMAN
222 South Ninth Street, Suite 1600
Minneapolis, MN  55402
(612) 876-6626
**ATTORNEY FOR PLAINTIFF**

Dated: 2/28/2018

SUSAN L. SEGAL
City Attorney
By
s/ Sara J. Lathrop
SARA J. LATHROP
Assistant City Attorney
Attorney Reg. No. 0310232
350 South Fifth Street, Room 210
Minneapolis, MN  55415
(612) 673-2072
**ATTORNEYS FOR DEFENDANTS**